IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JESSUE STRALEY, (TDCJ #1289539) | § § § |
| VS. | § CIVIL ACTION NO. 4:04-CV-944-Y § § |
| DEE ANDERSON, Sheriff, Tarrant County, Texas, et al. | § § § |

## FINAL JUDGMENT

Pursuant to an opinion and order of dismissal issued this same day, and Federal Rule of Civil Procedure 58:

It is hereby ORDERED, ADJUDGED, and DECREED that all Plaintiff's claims be, and they are hereby, DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A(b)(1) and alternatively, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

It is further ORDERED that all costs of court are taxed against the party that incurred them.

SIGNED May 11, 2005.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE